UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Luis VERGARA-Pantoja,<br><br>Defendant | Magistrate Docket No. 08 MJ 0109<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
08 JAN 15 AM 11:43

The undersigned complainant, being duly sworn, states:

On or about **January 14, 2008,** within the Southern District of California, defendant, **Luis VERGARA-Pantoja,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **JANUARY, 2008.**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Luis VERGARA-Pantoja

## PROBABLE CAUSE STATEMENT

On January 14, 2008, Border Patrol Agent K. Wies was performing line watch duties in the Imperial Beach are of operation. At approximately 6:15 a.m., National Guard scope operator radioed via service radio of two individuals walking north on the "Old Hollister Bridge" and then proceeding to walk east into the thick brush. This area is approximately four miles west of the San Ysidro, California, Port of Entry and is approximately one half-mile north of the United States/Mexico International Boundary Fence.

Shortly after entering the brush Agent K. Wies heard noise of brush breaking and observed two individuals attempting to conceal themselves. Agent Wies approached the individuals and identified himself as a United States Border Patrol Agent and questioned the individuals, including one later identified as defendant **LUIS VERGARA-PANTOJA** as to their citizenship and nationality. Both individuals freely admitted that they were citizens and nationals of Mexico illegally present in the United States and not in possession of any immigration documents permitting them to enter or remain in the United States legally. Both individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 26, 2007,** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally. He also stated his intended destination was Chicago, Illinois.