FILED

FEB 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS VERGARA-PANTOJA,<br><br>　　　　　Defendant. | Criminal Case No. 08CR378-LAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about December 14, 2007, within the Southern District of California, defendant LUIS VERGARA-PANTOJA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//

WMC:mg:San Diego
1/24/08


### Count 2

On or about January 14, 2008, within the Southern District of California, defendant LUIS VERGARA-PANTOJA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: February 14, 2008

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney