AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FEB 14 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS VERGARA-PANTOJA | CASE NUMBER: 08CR378-LAB<br>08MJ0109 |

    I, <u>LUIS VERGARA-PANTOJA</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>2/14/08</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

<u>/s/ Luis Vergara-Pantoja</u><br>
Defendant<br><br>
<u>/s/ VM P.</u><br>
Counsel for Defendant

Before <u>/s/ Judicial Officer</u>
       JUDICIAL OFFICER